UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Magistrate Docket No. **08 MJ 1607** |
| | ) | |
| Plaintiff, | ) | |
| | ) | COMPLAINT FOR VIOLATION OF: |
| v. | ) | |
| | ) | Title 8, U.S.C., Section 1326 |
| **David ORTIZ-Dorantes,** | ) | Deported Alien Found in the |
| | ) | United States |
| | ) | |
| Defendant | ) | |
| | ) | |

The undersigned complainant, being duly sworn, states:

On or about **May 21, 2008** within the Southern District of California, defendant, **David ORTIZ-Dorantes,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **22nd** DAY OF **MAY, 2008**

_____
Anthony J. Battaglia
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
**David ORTIZ-Dorantes**

### PROBABLE CAUSE STATEMENT

On May 21, 2008, Supervisory Border Patrol Agent M. Martinez was performing linewatch duties in the Chula Vista area of operations.  At approximately 1:15 am, Agent Martinez when he responded to a  radio call,  from the scope operator  Border Patrol Agent C. Loy, that a group of suspected illegal entrants were observed in area commonly referred to as "The 48 Ridgeline."  This area is located approximately four miles east of the Otay Mesa, California Port of Entry and approximately one half mile north of the United States/Mexico International Boundary fence.

 After a brief search of the area, Agent Martinez observed five individuals attempting to hide in some rocks. Agent Martinez approached the individuals and identified himself as a United States Border Patrol Agent. Agent Martinez then questioned the individuals as to their nationality and country of citizenship. All five, including one later identified as the defendant **David ORTIZ-Dorantes**, admitted to being citizens and nationals of Mexico without any immigration documents to be in the United States legally. All five were placed under arrest transported to the Chula Vista Border Patrol Station for processing.

Routine record checks of the defendant revealed an immigration history.  The defendant's record was determined by a comparison of his immigration record and the defendant's current fingerprint card.  Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **December 19, 2007** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was read his Miranda rights, which he acknowledged and was willing to make a statement without an attorney present.  The defendant stated that he was a citizen and national of Mexico without valid immigration documents to enter or remain within the United States legally.